1 \
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 RICHARD CARDENAS,                              CASE NO. 1:10-cv-01869-GBC PC

10                          Plaintiff,            ORDER STRIKING COMPLAINT FROM
                                                 RECORD FOR LACK OF SIGNATURE
11         v.
                                                 (ECF No. 1)
12 M. CATE, et al.,
                                                 THIRTY-DAY DEADLINE
13                          Defendants.
   _____/
14

15        Plaintiff Richard Cardenas, a state prisoner proceeding pro se and in forma pauperis, filed

16 this civil rights action pursuant to 42 U.S.C. § 1983 on September 27, 2010.  However, Plaintiff

17 neglected to sign either page three of the form complaint or the attachment.

18        Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is

19 HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

20        Plaintiff SHALL file an amended complaint within **thirty (30) days** from the date of service

21 of this order.  The failure to comply with this order will result in dismissal of this action in its

22 entirety.

23        IT IS SO ORDERED.

24
Dated:    February 18, 2011
25                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
26
27
28